# United States District Court
# For The Western District of North Carolina
# Asheville Division

Terrence Leroy Wright ,

       Petitioner,                      JUDGMENT IN A CIVIL CASE

vs.                                                  2:12-cv-00006

Butch Jackson ,

       Respondent.

DECISION BY COURT.  This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/21/12 Order.

                                       Signed: August 30, 2012

Frank G. Johns, Clerk
United States District Court